[No. 12535–8–II.  Division Two.  July 10, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN JOSEPH HIBLAR, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 88–1–02362–1, Arthur W. Verharen, J., entered December 22, 1988. *Dismissed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Worswick, J.

[No. 12893–4–II.  Division Two.  July 10, 1990.]

MIKE BASOZKI, *Appellant,* v. THE DEPARTMENT OF LICENSING, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86–2–10287–1, William L. Brown, Jr., J., entered May 18, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Petrich, J.

[No. 12701–6–II.  Division Two.  July 10, 1990.]

THE STATE OF WASHINGTON, *Appellant,* v. EUGENE L. LINTON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 88–1–00258–7, David E. Foscue, J., entered February 13, 1989. *Reversed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Petrich, J.